UNITED STATES DISTRICT COURT         CASE NO. 7:25-cv-00756-CS
SOUTHERN DISTRICT OF NEW YORK
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,

                     Plaintiff,

                                          ORDER CONFIRMING
   -against-                          MASTER'S REPORT OF SALE

Frank J. Smith, as Executor of the Estate of Duff C. Smith,
deceased; New York State Department of Taxation and
Finance; The People of the State of New York o/b/o Town of
Poughkeepsie Court; Debra Jordan, Luis Jordan, Christian
Jordan; "JOHN DOE #1-5" and "JANE DOE #1-5", said
names being fictitious, it being the intention of plaintiff to
designate any and all occupants, tenants, persons or
corporations, if any, having or claiming an interest in or
lien upon the premises being foreclosed herein,

                    Defendants

**UPON** reading the Report of Ann Penachio, Esq. the Master appointed in the Judgment of

Foreclosure and Sale entered on September 18, 2025 to sell the mortgaged premises therein described,

and said Master's Report being duly sworn to on December 4, 2025 and filed on February 4, 2026, and

upon all other pleadings and proceedings has herein,

   NOW, ON MOTION of Manfredi Law Group, PLLC attorney for plaintiff, it is

   ORDERED, ADJUDGED, and DECREED that the Report of the Master Ann Penachio, Esq.

filed on February 4, 2026 be and hereby is in all respects ratified and confirmed.

                         SO ORDERED.

ENTERED:             *Cathy Seibel*     2/18/26
                    CATHY SEIBEL, U.S.D.J.

                 The Clerk shall terminate ECF No. 56.

UNITED STATES DISTRICT COURT        CASE NO. 7:25-cv-00756-CS
SOUTHERN DISTRICT OF NEW YORK
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,


                    Plaintiff,

-against-                           DECLARATION TO CONFIRM THE
                                  MASTER'S REPORT OF SALE


Frank J. Smith, as Executor of the Estate of Duff C. Smith,
deceased; New York State Department of Taxation and
Finance; The People of the State of New York o/b/o Town of
Poughkeepsie Court; Debra Jordan, Luis Jordan, Christian
Jordan; "JOHN DOE  #1-5" and "JANE DOE #1-5", said
names being fictitious, it being the intention of plaintiff to
designate any and all occupants, tenants, persons or
corporations, if any, having or claiming an interest in or
lien upon the premises being foreclosed herein,

                   Defendants


### DECLARATION IN SUPPORT
### TO CONFIRM THE MASTER'S REPORT OF SALE

John Manfredi, Esq. an attorney duly admitted to practice before this Court affirms under the penalties of perjury as follows:

1. I am the attorney for Plaintiff in the above-captioned mortgage foreclosure action.

2. Sale of the mortgaged premises was conducted pursuant to and in conformity with the Judgment of Foreclosure and Sale entered in this action.

3. Plaintiff was the purchaser of the mortgaged premises at the auction.

4. That the Master's Report of Sale, attached as Exhibit A, was filed on February 4, 2026 (ECF # 55).

5. The Master's Deed was recorded in the Office of the Westchester County Clerk on 02/02/2026 at 9:50 in Document No. 02 2026 50395.  Exhibit B.

6. Although the Report reflects a deficiency, no deficiency is sought by the Plaintiff in this action.

7. No party is entitled to notice of this application.

8. More than eight (8) days passed since the filing of the Report of Sale. NY RPAPL § 1355 (where there is no surplus moneys arising from the sale of the mortgaged premises under such judgment, an application for confirmation of the report of sale may be made at any time after the report shall have been filed eight days).

9. No prior application for the relief requested herein has been made.

WHEREFORE, the Plaintiff respectfully requests an Order confirming the Master's Report of Sale and confirming the sale of the mortgaged premises.

Respectfully submitted,

*/s/ John Manfredi*
John Manfredi
Attorney for the Plaintiff
Manfredi Law Group, PLLC
302 East 19th Street, Suite 2A
New York, New York 10003
TELEPHONE NO.: 347 614 7006
FAX: 347 332 1740

Exhibit A

UNITED STATES DISTRICT COURT        CASE NO. 7:25-cv-00756-CS
SOUTHERN DISTRICT OF NEW YORK
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,

Plaintiff,

-against-                                    MASTER'S REPORT OF SALE

Frank J. Smith, as Executor of the Estate of Duff C. Smith,
deceased; New York State Department of Taxation and
Finance; The People of the State of New York o/b/o Town of
Poughkeepsie Court; Debra Jordan, Luis Jordan, Christian
Jordan; "JOHN DOE #1-5" and "JANE DOE #1-5", said
names being fictitious, it being the intention of plaintiff to
designate any and all occupants, tenants, persons or
corporations, if any, having or claiming an interest in or
lien upon the premises being foreclosed herein,

Defendants

TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

I, Anne Penachio, Esq., Master, duly appointed by the judgment of foreclosure and sale entered

on September 18, 2025 to sell the mortgaged premises therein particularly described, do

respectfully report as follows:

1. That Manfredi Law Group, PLLC caused due notice of the sale of the said lands and

   premises and published according to law, and the rules and practice of this Court, as

   appeared by the affidavit of advertisement/publication annexed hereto.

2. That at the time and place for which the same sale was noticed, as aforesaid, I attended in

   person and, pursuant to said notice and Terms of Sale, offered said mortgaged lands and

   premises for sale to the highest bidder, The Secretary of the U.S. Department of Housing

   and Urban Development, an Agency of the United States of America, whose high bid was

   one million, four thousand, five hundred ninety four ($1,004,594.00) dollars.

1

Case 7:23-cv-00756-CS   Document 65-2   Filed 02/07/26   Page 6 of 26

3. A copy of the Terms of Sale is attached as Exhibit A.

4. A copy of the Affidavit of Publication and Affidavit Posting of said sale is attached as Exhibit B.

5. I have credited to the plaintiff the publication and posting expenses the sum set forth on the attached statement of sale.

6. I have displayed the amount due to prior incumbrancers, if any, the sums set forth on the attached statement of sale.

7. I have paid to the attorney for the plaintiff, the costs and additional allowances, if any, awarded to the plaintiff by the judgment, as set forth on the attached statement of sale.

8. That the closing of the foreclosure and sale of the premises was held before me at my office I made, executed, and delivered to the aforesaid purchaser a good and sufficient deed of conveyance for the said premises so sold as aforesaid.

9. A copy of the deed is attached as Exhibit C.

10. That at said closing of the foreclosure and sale, plaintiff made the payments as set forth in the statement annexed hereto pursuant to the Judgment of Foreclosure and Sale, and I have allowed said sums to plaintiff out of the purchase price.

11. That in addition, pursuant to the aforesaid Judgment of Foreclosure and Sale, I have been paid a fee of $750.00 for my services as Master to sell said premises, as itemized in the attached statement.  Pursuant to said Judgment, said fee has also been allowed to plaintiff out of the purchase price.

12. If the attached computation of deficiency or surplus reflects a surplus, I have paid said amount into Court, as appears by the attached statement.

2

13. That annexed hereto and made part of this my report is a statement showing the several items aforesaid, and the manner of computation of the deficiency/surplus or that there is none, all of which is respectfully submitted.

Dated: 12/4/2025

Anne Penachio, Esq.
Master

Sworn before me on this
4th day of December 2025

Notary Public

Francis J. Malara   STATE of NEW YORK.
Notary # 02MA6161949
Qualified in Westchester County
Comm. expires 2/26/2027

3

## STATEMENT

Amount due on the Note and Mortgage
as per Judgment: $1,004,594.26 as of June 5, 2025

Interest from June 6, 2025 through September 18, 2025: $17,346.16

Costs and Disbursements awarded in the Judgment: $1,292.08

Post Judgment interest accruing from September 18, 2025 through sale date of
November 14, 2025: $5,832.43

Total Judgment balance including post judgment interest to $1,029,064.93

Expenses Paid by Plaintiff

      Master Fee   $ 750.00

      Advertising Expenses $ 768.07

      Taxes $0.00

Total of (i) Judgment Amount plus Interest,
and (ii) Expenses Paid by Plaintiff .$ 1,030,583.00

Less Amount of Successful Bid:   $1,004,594.00

Deficiency.............................................................$25,989.00

4

Exhibit A

UNITED STATES DISTRICT COURT          CASE NO. 7:25-cv-00756-CS
SOUTHERN DISTRICT OF NEW YORK
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,

Plaintiff,

-against-                                    TERMS OF SALE

Frank J. Smith, as Executor of the Estate of Duff C. Smith,
deceased; New York State Department of Taxation and
Finance; The People of the State of New York o/b/o Town of
Poughkeepsie Court; Debra Jordan, Luis Jordan, Christian
Jordan; "JOHN DOE #1-5" and "JANE DOE #1-5", said
names being fictitious, it being the intention of plaintiff to
designate any and all occupants, tenants, persons or
corporations, if any, having or claiming an interest in or
lien upon the premises being foreclosed herein,

Defendants

The premises described in the annexed advertisement of sale will be sold under the direction of Anne Penachio, Esq., Master duly appointed by the Court in this proceeding, upon the following terms:

1.  Ten percent (10%) of the purchase price in cash of certified check will be required to be paid to the Master at the time and place of sale and for which the Master's receipt will be given, unless plaintiff or its nominee is the successful bidder, in which case the deposit requirement is waived.

2.  At or before the time of making a bid, the bidder, other than the plaintiff or its nominee, shall exhibit to the Master cash or a certified check(s) for a least ten percent (10%) of the amount of bid.

3.  The residue of the purchase money will be required to be paid to the Master at his/her office, Anne Penachio, Penachio Malara LLP, 245 Main Street, Suite 450, White Plains,

1

NY 10601, on or before the 30th day following the foreclosure sale when and where the Master's Deed will be ready for delivery.

4. The Master is not required to send any notice to the purchaser and if the purchaser neglects to call at the time and place above specified to receive his deed, the purchaser will be charged with interest thereafter on the whole amount of its purchase unless the Master shall deem it proper to extend the time for the completion of the purchase.

5. All taxes, assessments, water rates and other encumbrances which at the time of sale are liens or encumbrances upon said premises will be paid by the Purchaser in addition to the bid price, unless the purchaser shall, previous to the delivery of the Deed, produce to the Master proof of the payment of such liens or encumbrances including any interest or penalties due which may lawfully have accrued thereon to the day of the payment.

6. Any state or local real estate transfer tax or real property transfer tax will be paid by the purchaser.

7. The purchaser of the premises, or any portion thereof, will at the time and place of the sale, sign a memorandum of its purchase.

8. The bidding will be kept open after the property is struck down; and in case any purchaser shall fail to comply with any of the above conditions of sale, the premises so struck down to it will be again put up for sale, under the direction of the Master under the same terms of sale, without application to the Court, unless the plaintiff's attorney shall elect to make such application and such purchaser will be held liable for any deficiency there may be between the sum for which the premises shall be struck down upon the sale, and that for which they may be purchased on the resale, and also for any costs or expenses occurring on such resale.

9. The premises will be sold in one parcel, subject to the following: any state of facts that an accurate survey may show; easements, covenants, restrictions or reservations of record, if any; zoning restrictions and any amendments thereto according to law and now in force; existing violations and orders of the appropriate departments of any City, Town or Village, if any; the physical condition of the premises at the time of closing; right of redemption of the United States pursuant to 28 U.S.C. § 2410; and without any apportionments or adjustments.

10. Filing of the Master's Deed and tax transfer forms, and all expenses of recording the Master's Deed, including real property transfer tax and transfer stamps, shall be borne and filed by the purchaser.

Dated: _____

Anne Penachio, Master

3

<u>Memorandum of Sale</u>

I have this _____ day of _____, 20___, purchased the premises described in the annexed printed advertisement of sale of the sum of $ _1,064,594.00_____ and hereby promise and agree to comply with the terms and conditions of the sale of said premises, as above-mentioned and set forth.

Dated: _____ County, New York
_____, 20___

_Bank to lender_

_____
Purchaser

RECEIPT

_____, 20___ received from _____

the sum of $_____ being 10% of the amount

bid by _____ for the property sold

to _____ under the Judgment of Foreclosure and Sale

of this action.

_waived_

_Ann Pench_
_____
Master / Referee

-   or   -

The deposit of 10% is hereby waived (plaintiff is successful bidder)

_Ann Pench_
_____
Master / Referee

Exhibit B

Index No.:7:25-cv-00756-CS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE SECRETARY OF THE U.S. DEPARTMENT OF HOUS-
ING AND URBAN DEVELOPMENT, AN AGENCY OF THE
UNITED STATES OF AMERICA,

Plaintiff

                   -against-

FRANK J. SMITH, AS EXECUTOR OF THE ESTATE
OF DUFF C. SMITH, DECEASED, ET AL.,
Defendant

AFFIDAVIT OF POSTING

---

STATE OF NEW YORK, COUNTY OF ORANGE SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides In the State of New York.

That on the 8th day of October, 2025, I caused a true copy of the NOTICE OF SALE in the within action to be posted, at least 28 days prior to the sale mentioned in the notice in three public places in the

CITY OF WHITE PLAINS, NY:
1. Westchester County Clerk, 111 Martin Luther King Blvd., White Plains, NY
2. US Post Office, 170 Martine Ave., White Plains, NY
3. Westchester County Executive Building, 140 Martine Ave., White Plains, NY

And three public places in the

TOWN OF PLEASANT VALLEY, NY:
1. Town Hall, 1554 Main Street, Pleasant Valley, NY
2. Acme Supermarket, 13 North Ave., Pleasant Valley, NY
3. US Post Office, 1612 Main Street, Pleasant Valley, NY

Sworn to before me this
8th day of October, 2025

_____
Heather Lee Lawson
Notary Public, State of New York
No. 4943125, Qual. In Dutchess County
Commission Expires  10/17/2026

_____
Sean Walsh

11692504, 876370

# AFFIDAVIT OF PUBLICATION

State of New York
County of Dutchess

_____ being duly sworn, deposes and says she is the Principal Clerk of **The Poughkeepsie Journal**, Division of Gannett Newspaper Subsidary, publishers of following newspaper and published in the County of Dutchess and the State of New York, of which annexed is a printed copy, out from said newspaper has been published in said newspaper editions dated:

10/15/2025, 10/22/2025, 10/29/2025, 11/05/2025

Subscribed and sworn to before me this 05 day of November, 2025

Notary Public
State of Wisconsin, County of Brown

VICKY FELTY
Notary Public
State of Wisconsin

2/3

NOTICE OF SALE
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW
YORK, The Secretary of the U.S. Department of Housing and
Urban Development, an agency of the United States of America,
Plaintiff, vs. Frank J. Smith, as Executor of the Estate of Duff C.
Smith, deceased, ET AL., Defendant(s).
Pursuant to a Judgment of Foreclosure & Sale duly entered
on September 18, 2025, I, the undersigned Referee will sell at
public auction at the United States District Courthouse, 300
Quarropas Street, White Plains, NY 10601 on November 14,
2025 at 9:30 a.m., premises known as 853 Salt Point Turnpike,
Poughkeepsie, NY 12601. All that certain plot, piece or parcel
of land, with the buildings and improvements thereon erected,
situate, lying and being in the Town of Pleasant Valley, County
of Dutchess and State of New York, Section 6363, Block 01 and
Lot 174766. Approximate amount of judgment is $1,004,594.26
plus interest and costs. Premises will be sold subject to provi-
sions of filed Judgment Index #7:25-cv-00756-CS.
Anne Penachio, Esq., Referee
Manfredi Law Group, PLLC, 302 East 19th Street, Suite 2A, New
York, New York 10003, Attorneys for Plaintiff
October 15, 22, 29, November 5 2025
LNYS0376172

Exhibit C

-Master/Referee's Deed In Foreclosure-

**THIS IS A LEGAL INSTRUMENT AND SHOULD BE EXECUTED UNDER SUPERVISION OF AN ATTORNEY**

**THIS DEED**, made the ____4ᵗʰ____ day of __December__ , in the year two thousand and twenty five

**BETWEEN**

Anne Penachio, Esq., as Master/Referee, with offices at 245 Main Street, Suite 450, White Plains, NY 10601

Grantor

duly appointed in the action hereinafter mentioned, Grantor, and

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America with address of 301 N.W. 6th St., Ste. 200, Oklahoma City, OK 73102-2807

Grantee

**WITNESSETH**, that the grantor, the referee appointed in the action between

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America

Plaintiff,

and

Frank J. Smith, as Executor of the Estate of Duff C. Smith, deceased, et al.

Defendants,

foreclosing a mortgage recorded on 9/29/2009 in the Dutchess County Clerk's Office in Document No.: 01 2009 10219 of mortgages, in pursuance of a judgment entered in the U.S. District Court, Southern District of New York, Case 7:25-cv-00756-CS, on the 18th day of September, 2025, and in consideration of one million, four thousand, five hundred ninety four ($1,004,594.00) paid by the grantee, being the highest sum bid at the sale under said judgment does hereby grant and convey unto the grantee, all the right, title and interest which said Duff C. Smith, the mortgagor aforesaid, had at the time of the execution or recording of said mortgage, it being their interest in said premises which was so sold, and it is hereby conveyed, together with all the right, title and interest of the parties to the aforesaid action, of, in and to:
ALL THAT TRACT OR PARCEL OF LAND, situate in the Town and Village of Pleasant Valley, Dutchess County and State of New York, described in Schedule "A", attached hereto and made a part hereof.
Being the same premises conveyed to said Duff C. Smith by Bargain and Sale Deed dated: 6/25/2008 and recorded on 6/25/2008 in the Dutchess County Clerk's Office, in deeds, Document No.: 02 2008 3878,

TO HAVE AND TO HOLD the premises herein granted unto the Grantee, The Secretary of the U.S. Department of Housing and Urban Development, an Agency of The United States of America, and his successors and assigns forever,

IN WITNESS WHEREOF, the grantor has hereunto set his hand and seal, the date first above written.

_In presence of:_
L.S.

_Anne Penachio_

Anne Penachio, Esq.
_Referee/Master_

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of Westchester , ss:

On the 4th day of December in the year 2025 before me, the undersigned, personally appeared
Anne Penachio
, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_(signature and office of individual taking acknowledgment)_
FRANCIS Joseph MALARA
02MA616 1949 Qualified in Westchester County
245 main Street white plains NY 10601
Commission Expires February 26, 2027
**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

NOTARY PUBLIC
Commission #:
State of NY

State of New York, County of , ss:
On the day of in the year ,
before me, the undersigned, a Notary Public in and for said State, personally appeared
, the
subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

that he/she/they know(s)
to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

_(signature and office of individual taking acknowledgment)_

## Master / Referee's Deed

Title No._____

RECORD AND RETURN TO

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year
before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_(signature and office of individual taking acknowledgment)_

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of , County of , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)
On the day of in the year ,
, before me the undersigned personally appeared
Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the
(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_(signature and office of individual taking acknowledgment)_

SECTION 6363

BLOCK 01

LOT 174766

COUNTY: DUTCHESS

WebTitle File No.:  WTA-24-011131                                    Client File No.:

# SCHEDULE A
# DESCRIPTION OF MORTGAGED PREMISES

All that certain plot, piece or parcel of land, situate, lying and being in the Town of Pleasant Valley, County of Dutchess and State of New York designated as Lot No. 1 on a certain map entitled "Plat of Reed Subdivision" filed In the Dutchess County Clerk's Office on December 22, 1977 as Map No. 5294 said parcel comprising 1.93 acres.

Beginning at a point on the Northerly line of Salt Point Turnpike said point being the intersection of the Northerly line of said Salt Point Turnpike with the Easterly line of lands of the Estate of John A. Reed, thence along the Easterly and Southerly line of lands of the Estate of John A. Reed, the following:

North 20-47-10 East 195.14 feet to a point,

South 82-47-00 East 264.70 feet to a point, said point being the Northwesterly corner of Lot #2 as shown on a certain map entitled Reed Subdivision and recorded in the Dutchess County Clerk's Office as map #5294,

Running thence along the Westerly line of said Lot #2 the following:

South 7-00-00 West 353.12 feet to a point on the Northerly line of Salt Point Turnpike, thence along the Northerly side of said Salt Point Turnpike, the following on a curve convex to the South having a radius of 250.00 feet and a length of 124.52 feet to a point, North 50-10-39 West 231.32 feet to the point of beginning.


Premises:                  853 Salt Point Turnpike, Poughkeepsie, NY 12601
Tax Parcel ID No.:         Section: 6363 Block: 01 Lot: 174766

Exhibit B



# Dutchess County Clerk Recording Page

Record & Return To:

| | |
|---|---|
| Date Recorded: | 2/2/2026 |
| Time Recorded: | 9:50 AM |

WEBTITLE AGENCY
755 JEFFERSON ROAD - SUITE 300

ROCHESTER, NY 14623

Document #:    02 2026 50395

Received From:    WEBTITLE AGENCY

Grantor:    SMITH DUFF C
Grantee:    HOUSING & URBAN DEVELOPMENT

Recorded In:    Deed                    Tax District:   Pleasant Valley
Instrument Type:

### Examined and Charged As Follows :

| | | |
|---|---|---|
| Recording Charge: | $200.00 | |
| Transfer Tax Amount: | $0.00 | |
| Includes Mansion Tax: | $0.00 | |
| Transfer Tax Number: | 3672 | |

Number of Pages:   4

**\*\*\* Do Not Detach This Page**
**\*\*\* This is Not A Bill**

Red Hook Transfer Tax:

RP5217:        Y
TP-584:        Y

| | |
|---|---|
| County Clerk By: | Sim |
| Receipt #: | 2729 |
| Batch Record: | 21 |



Bradford Kendall
County Clerk

02202650395

-Master/Referee's Deed In Foreclosure-

**THIS IS A LEGAL INSTRUMENT AND SHOULD BE EXECUTED UNDER SUPERVISION OF AN ATTORNEY**

**THIS DEED**, made the _4th_ day of _December_ , in the year two thousand and twenty five

**BETWEEN**

Anne Penachio, Esq., as Master/Referee, with offices at 245 Main Street, Suite 450, White Plains, NY  10601

Grantor

duly appointed in the action hereinafter mentioned, Grantor, and

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America with address of 301 N.W. 6th St., Ste. 200, Oklahoma City, OK 73102-2807

Grantee

**WITNESSETH**, that the grantor, the referee appointed in the action between

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America

Plaintiff,

and

Frank J. Smith, as Executor of the Estate of Duff C. Smith, deceased, et al.

Defendants,

foreclosing a mortgage recorded on 9/29/2009  in the Dutchess County Clerk's Office in Document No.: 01 2009 10219 of mortgages, in pursuance of a judgment entered in the U.S. District Court, Southern District of New York, Case 7:25-cv-00756-CS, on the 18th day of September, 2025, and in consideration of  one million, four thousand, five hundred ninety four ($1,004,594.00) paid by the grantee, being the highest sum bid at the sale under said judgment does hereby grant and convey unto the grantee, all the right, title and interest which said Duff C. Smith, the mortgagor aforesaid, had at the time of the execution or recording of said mortgage, it being their interest in said premises which was so sold, and it is hereby conveyed, together with all the right, title and interest of the parties to the aforesaid action, of, in and to:
ALL THAT TRACT OR PARCEL OF LAND, situate in the Town and Village of Pleasant Valley, Dutchess County and State of New York, described in Schedule "A", attached hereto and made a part hereof.
Being the same premises conveyed to said Duff C. Smith by Bargain and Sale Deed dated: 6/25/2008 and recorded on 6/25/2008 in the Dutchess County Clerk's Office, in deeds, Document No.: 02 2008 3878,

TO HAVE AND TO HOLD the premises herein granted unto the Grantee, The Secretary of the U.S. Department of Housing and Urban Development, an Agency of The United States of America, and his successors and assigns forever,
IN WITNESS WHEREOF, the grantor has hereunto set his hand and seal, the date first above written.

*In presence of:*
L.S.

_____
Anne Penachio, Esq.
*Referee/Master*

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of *Westchester* , ss:

On the 4th day of December in the year 2025 before me, the undersigned, personally appeared
Anne Penachio
, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
*(signature and office of individual taking acknowledgment)*

FRANCIS Joseph MALARA
02MA6161949 Qualified in Westchester County
245 main Street white Plains NY 10601
Commission Expires February 26, 2027

NOTARY PUBLIC
Commission #:
State of NY

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of , ss:
On the day of in the year ,
before me, the undersigned, a Notary Public in and for said State, personally appeared
, the
subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

that he/she/they know(s)
to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

_____
*(signature and office of individual taking acknowledgment)*

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year ,
before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
*(signature and office of individual taking acknowledgment)*

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of , County of , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)
On the day of in the year ,
, before me the undersigned personally appeared
Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the
(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
*(signature and office of individual taking acknowledgment)*

## Master / Referee's Deed

Title No._____

<u>RECORD AND RETURN TO</u>

SECTION 6363

BLOCK 01

LOT 174766

COUNTY: DUTCHESS

WebTitle File No.: WTA-24-011131 Client File No.:

## SCHEDULE A
## DESCRIPTION OF MORTGAGED PREMISES

All that certain plot, piece or parcel of land, situate, lying and being in the Town of Pleasant Valley, County of Dutchess and State of New York designated as Lot No. 1 on a certain map entitled "Plat of Reed Subdivision" filed In the Dutchess County Clerk's Office on December 22, 1977 as Map No. 5294 said parcel comprising 1.93 acres.

Beginning at a point on the Northerly line of Salt Point Turnpike said point being the intersection of the Northerly line of said Salt Point Turnpike with the Easterly line of lands of the Estate of John A. Reed, thence along the Easterly and Southerly line of lands of the Estate of John A. Reed, the following:

North 20-47-10 East 195.14 feet to a point,

South 82-47-00 East 264.70 feet to a point, said point being the Northwesterly corner of Lot #2 as shown on a certain map entitled Reed Subdivision and recorded in the Dutchess County Clerk's Office as map #5294,

Running thence along the Westerly line of said Lot #2 the following:

South 7-00-00 West 353.12 feet to a point on the Northerly line of Salt Point Turnpike, thence along the Northerly side of said Salt Point Turnpike, the following on a curve convex to the South having a radius of 250.00 feet and a length of 124.52 feet to a point, North 50-10-39 West 231.32 feet to the point of beginning.


Premises: 853 Salt Point Turnpike, Poughkeepsie, NY 12601
Tax Parcel ID No.: Section: 6363 Block: 01 Lot: 174766